# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.**   Joshua Levi Young | **DISTRICT JUDGE:**   Jane M. Beckering |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:25-cr-20 | 3/18/2026 | 2:31 PM - 3:33 PM | Marquette | |

## APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Theodore Joseph Greeley | Elizabeth LaCosse, Pedro Celis (by video) | FPD Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br> __mute  __nolo contendre<br> __not guilty  __guilty<br>__ Final Pretrial Conference<br>__ Detention  (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other:<br>Judgment | Charging Document:<br> __Read  __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

## SENTENCING

| | |
|---|---|
| Imprisonment:  12 Months and 1 Day<br>Probation: _____<br>Supervised Release: 3 Years<br>Fine: $ 500.00<br>Restitution: $ _____<br>Special Assessment: $ 100.00 | Plea Agreement Accepted:  ✓ Yes  __No<br>Defendant informed of right to appeal:  ✓ Yes  __No<br>Counsel informed of obligation to file appeal:  ✓ Yes  __ No<br>Conviction Information:<br>   Date:  11/20/2025<br>   By:  Plea<br>   As to Count (s):  One |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| **Reporter/Recorder:**   Genevieve Hamlin | **Case Manager:**   R. Wolters |